■ BARBERS REALTY & HOLDING CORP. et al., Respondents, v. JULIAN R. COHEN ASSOCIATES, INC., et al., Appellants.— Appeal unanimously dismissed, without costs, upon discontinuance of action by order filed June 4, 1973. (Appeal from order of Monroe Trial Term granting motion to strike demand for jury trial.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Cardamone, JJ.